UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-400 (NLH) |
| v. | : | |
| ANTHONY D. PARKER | : | UNSEALING ORDER |
| and | | |
| SAIDAH A. DAVIS | : | |

This matter having come before the Court on the application of the United States of America (Kristen M. Harberg, Assistant U.S. Attorney, appearing) for an unsealing order for the above-captioned Indictment, and for good cause shown,

It is this 17th day of May, 2021,

ORDERED that the Indictment and all other papers related to the above-captioned matter are hereby unsealed.

HONORABLE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE