UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AUG 3 - 2021
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-400 (NLH) |
| v. | : | Scheduling Order |
| ANTHONY D. PARKER | : | |

This matter having come before the Honorable Karen M. Williams, U.S.M.J., for an initial appearance and arraignment on May 21, 2021; and the United States being represented by Rachael A. Honig, Acting United States Attorney for the District of New Jersey, Kristen M. Harberg, Assistant U.S. Attorney, appearing; and the Defendant being represented by Jeffrey C. Zucker, Esquire, appearing; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 4th day of August, 2021, ORDERED that:

1. The Government has provided all discovery required by Federal Rule of Criminal Procedure 16(a)(1), on June 8, 2021.

2. The Government has provided exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on June 8, 2021. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 26, 2021.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 26, 2021.

5. The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 5, 2021;

6. The Government shall file any response to the Defendant's pretrial motions on or before August 26, 2021;

7. The Defendant shall file any reply on or before September 16, 2021;

8. Oral argument on pretrial motions shall be held on September 17, 2021 at 9:30 a.m.;

9. A pretrial conference shall be held on October 14, 2021 at 9:30 a.m.;

10. Trial shall commence on November 1, 2021, at 9:00 am.

*[signature]*

Honorable Noel L. Hillman
United States District Judge